**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2331**

TERESA WINFUL,

Plaintiff – Appellant,

v.

THE MEDICAL UNIVERSITY OF SOUTH CAROLINA,

Defendant – Appellee,

and

GEORGE OHLANDT; CECILE KAMATH, in their official capacities,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:13-cv-02150-DCN)

Submitted: July 25, 2016                    Decided: August 2, 2016

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Lewis Mann Cromer, Ryan K. Hicks, J. LEWIS CROMER & ASSOCIATES, LLC, Columbia, South Carolina, for Appellant. Bob J. Conley, Caroline W. Cleveland, CLEVELAND & CONLEY, LLC, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Winful appeals the district court's order granting the Medical University of South Carolina's summary judgment motion on Winful's retaliation and gender and race discrimination claims, which were brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012) (Title VII).* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Winful v. The Med. Univ. of SC, No. 2:13-cv-02150-DCN (D.S.C. Sept. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Winful also asserted claims of age discrimination, in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. §§ 621 to 634 (West 2008 & Supp. 2015); discrimination, in violation of 42 U.S.C. § 1983 (2012); and civil conspiracy, in violation of 42 U.S.C. § 1985 (2012). Winful stipulated to dismissal of these claims.